```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                        Case No. 12-10179-B
Bobby Theron Bagwell                                          Chapter 13
Kathryn Marie Bagwell
       Debtors
## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: morf              Page 1 of 2              Date Rcvd: Apr 22, 2013
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
19539860     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0972-1          User: morf                  Page 2 of 2                  Date Rcvd: Apr 22, 2013
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

Case 12-10179    Filed 04/22/13    Doc 36

210B (07/09)

# United States Bankruptcy Court
Eastern District of California
www.caeb.uscourts.gov

FILED
04/22/2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.: 12-10179

**Debtor Name(s) and Address(es)**

Bobby Theron Bagwell
4755 W. Mt. View Ave.
Caruthers CA 93609

Kathryn Marie Bagwell
4755 W. Mt. View Ave.
Caruthers CA 93609

## NOTICE OF INTENT TO TRANSFER CLAIM

The claim(s) listed below was/were filed or deemed filed in this case under 11 U.S.C. § 1111(a) by the alleged transferor(s). On 04/22/2013, a document was filed in the Office of the Clerk as evidence of the transfer of this/these claim(s) to the transferee named below.

**Name and Address of Alleged Transferor(s):**

Claim No. 5: Capital One, N.A., c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, TX 75374

**Name and Address of Transferee:**

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd #200
Tucson AZ 85712

**NOTICE IS HEREBY GIVEN** that the alleged transferor of this claim has twenty-one (21) days from the date of this notice to object to the transfer of the claim. If you agree with the transfer of the claim, you need to do nothing. The above-named transferee will be substituted for you in the claims register and other records of the court WITHOUT FURTHER NOTICE and will be entitled to receive any dividend/distributions which remain to be paid in this case. If, however, you disagree with the transfer of this claim, within 21 days of the date of this notice you must file with the appropriate divisional Office of the Clerk and serve upon the transferee and his/her attorney, if any, a Notice of Objection to the assignment/transfer of the claim setting forth the grounds for objection, together with a Notice of Hearing thereon with date and time filled in. Hearings are to be set at an appropriate time on a Law and Motion day in the appropriate department. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's website (www.caeb.uscourts.gov).

Date:   04/24/13

For the Court
Wayne Blackwelder, Clerk

| Fresno Division | Sacramento Division | Modesto Division |
|---|---|---|
| 2500 Tulare Street, Suite 2501 | 501 I Street, Suite 3-200 | 1200 I Street, Suite 4 |
| Fresno, CA 93721-1328 | Sacramento, CA 95814 | Modesto, CA 95354 |
| (559) 499-5800 | (916) 930-4400 | (209) 521-5160 |